UNITED STATES DISTRICT COURT

Northern District of California

MELANIE O'REILLY,

        Plaintiff(s),                    No. C 09-03580 MEJ

  v.                                      **ORDER VACATING CMC**

VALLEY ENTERTAINMENT INC.,

        Defendant(s).

_____/

    As there is a motion to dismiss pending in this case, the Court hereby VACATES the February 4, 2010 Case Management Conference and all related deadlines. After disposition of the motion to dismiss, the Court shall reschedule the c.m.c., if necessary.

**IT IS SO ORDERED.**

Dated: January 19, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge